STERLING MOTOR COMPANY OF NEW YORK, INC., v. LOUIS PINCUS and THOMAS J. LAVAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MAX PRAGER and Another v. MAX KAPLAN and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ETHEL MARCHASIN v. LEON MARCHASIN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WALTER KIRSCHNER v. DAVID STEINER and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JAMES A. TILLMAN for a Substitution of Attorney in the Place of BORRIS M. KOMAR, His Attorney of Record in an Action Entitled " Supreme Court, New York County, James A. Tillman v. New York Life Insurance Company (Action No. 18)."— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of MERCHANTS EQUITY CORPORATION for an Order Directing PHILIP BRAMNICK, an Attorney at Law, to Turn over to the Petitioner Certain Moneys Now in His Possession and Fixing the Fees to Which Said Respondent May Be Entitled.— Motion to dismiss appeal denied, with leave to renew after entry of the final order in this proceeding. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GLOBE PAINTING & DECORATING CO., INC., v. E. WATERS & COMPANY, INC., and Another, Impleaded, etc.— Motion to dismiss appeal denied upon condition that appellants proceed with the appeal with due dispatch and notice the appeal for argument for no later than the December, 1931, term; otherwise, that the motion to dismiss said appeal shall be granted, with ten dollars costs, and that an order to that effect may be entered herein without further notice to either party. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HARRY DAM v. JULIUS BUCHWALD and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SILVERMAN FREDA CONSTRUCTION CORPORATION v. JACQUES POLSTEIN, INC., and Another.— Motion to dismiss appeal denied with leave to renew if the appeal be not diligently prosecuted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BANK OF HOLLYWOOD v. " OLIVER " ROGERS, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SARAH BALABAN v. INEZ R. GRAVES and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be served and filed on or before November 20, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ABRAHAM JAMES, as Administrator, etc., of JOSEPHINE JAMES, Deceased, v. WILLIAM BETHUNE.— Motion to dismiss appeal denied upon appellant's giving the stipulation as to eye witnesses. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.